# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lewis, Mary G. | United States District Court, South Carolina | 10/17/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Judge - Active Status | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

201 Magnolia Street
Spartanburg, South Carolina 29306

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | Trust #1 |
| 2. | Member | Quincunx, LLC |
| 3. | Trustee | Trust #2 |
| 4. | Member | L&B Holdings, LLC |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | Agreement with L&B Holding, LLC. See VIII on the 2012 Financial Disclosure Report for terms |
| 2. | 2013 | Participant in the Lewis, Babcock & Griffin, LLP 401(K) Plan |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 10/17/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2017 | Lewis, Babcock & Griffin, LLP - Income derived from practice of law |
| 2. 2017 | L&B Holdings, LLC - Income derived from practice of law |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 10/17/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America (Merrill lynch (Wealth Management) | Line of Credit | N |
| 2. | American Express | Credit Card | J |
| 3. | Capital One | Credit Card | J |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Geiger Partnership, partnership interest with no control | A | Distribution | M | W | | | | | |
| 2. Quincunx, LLC. member of LLC (H) | D | Distribution | L | W | | | | | |
| 3. - Rental office building & land, Columbia, SC | | | | | | | | | |
| 4. Congaree Hunt Club, partnership interest | A | Distribution | M | W | | | | | |
| 5. BB&T Common Stock | A | Dividend | J | T | | | | | |
| 6. Investment Rental Property, Columbia, SC | D | Rent | L | W | | | | | |
| 7. Investment Property, Georgetown, SC | | None | O | W | | | | | |
| 8. Investment Property, Georgetown, SC | | None | O | W | | | | | |
| 9. Investment Rental Property, Columbia, SC | E | Rent | O | W | | | | | |
| 10. Investment Rental Property, Columbia, SC | E | Rent | M | W | | | | | |
| 11. Investment Rental Property, Columbia, SC | D | Rent | M | W | | | | | |
| 12. Trust #1 (H) 21650 | | | | | | | | | |
| 13. - Coca Cola Corn | C | Dividend | M | T | | | | | |
| 14. - INTL Business Machines Corp IBM | C | Dividend | L | T | | | | | |
| 15. - VANGUARD GROWTH ETF | B | Dividend | M | T | | | | | |
| 16. - FIRST EAGLE GLOBAL CLASS I | C | Dividend | L | T | Sold (part) | 02/02/17 | L | E | |
| 17. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | D | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - LOOMIS SAYLES SR FLOAT RTE & FIXD INC FD CL Y | D | Dividend | M | T | Sold (part) | 02/02/17 | K | | |
| 19. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | D | Dividend | L | T | Sold (part) | 02/02/17 | L | D | |
| 20. - THORNBURG INVSMT INCOME BUILDER FUND CL I | C | Dividend | L | T | Sold (part) | 02/02/17 | L | C | |
| 21. - GRAND STRAND WSA SC WWKS-SS RV C RF TAXABLE NOV11 02.862%JUN01 18 | A | Interest | K | T | | | | | |
| 22. - ML BANK DEPOSIT PROGRAM | A | Interest | P1 | T | | | | | |
| 23. - ANGELOAK MULT STRT INC I | A | Dividend | | | Sold | 02/02/17 | L | | |
| 24. - BLACKROCK STRATEGIC INCOME OPPRTNTS PTF INST | A | Dividend | | | Sold | 02/02/17 | L | | |
| 25. - GEB LEV STEPUP ISS BAC | | None | | | Redeemed | 01/27/17 | J | B | |
| 26. -BLACKSTONE ALT MULTISTRATEGY FUND CLASS I | B | Dividend | L | T | | | | | |
| 27. -DEUTSCHE X-TRACKERS MSCI EAFE HEDGED EQUITY ETF | B | Dividend | K | T | Sold (part) | 10/11/17 | K | B | |
| 28. -PIMCO FDS INCOME FD CL | D | Dividend | M | T | Buy (add'l) | 01/20/17 | J | | |
| 29. | | | | | Buy (add'l) | 02/02/17 | L | | |
| 30. AQR MANAGED FUTURES STRATEGY FUND CL I | | None | J | T | | | | | |
| 31. POPLAR FOREST PARTNERS FUND CL I | C | Dividend | L | T | | | | | |
| 32. LOOMIS SAYLES STRATEGIC INCOME FUND CL Y | A | Dividend | | | Sold (part) | 02/02/17 | M | | |
| 33. | | | | | Sold | 10/10/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. AQR STYLE PREMIA ALTERNATIVE FUND CL I | C | Dividend | K | T | | | | | |
| 35. VANGUARD VALUE ETF | B | Dividend | L | T | | | | | |
| 36. CHIRON CAPITAL ALLOCATION FUND | A | Dividend | L | T | Buy | 02/02/17 | L | | |
| 37. DOUBLELINE TOTAL RETURN BOND FUND CL I | D | Dividend | M | T | Buy | 02/02/17 | M | | |
| 38. FIRST TRUST ETFIV TACTICAL HIGH YIELD ETF | C | Dividend | L | T | Buy | 02/06/17 | L | | |
| 39. JP MORGAN ETF TRUST SHS | B | Dividend | K | T | Buy | 10/11/17 | K | | |
| 40. PIMCO SHORT TERM MUTUAL FUND CL P | A | Dividend | K | T | Buy | 02/02/17 | K | | |
| 41. Trust #2 (H) 13696 | | | | | | | | | |
| 42. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 43. - DOUBLELINE TOTAL RETURN BOND FUND CL I | A | Dividend | J | T | Buy (add'l) | 01/18/17 | J | | |
| 44. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 45. - FIDELITY ADVISOR BIOTECHNOLOGY FD CL I | A | Dividend | J | T | Sold (part) | 08/03/17 | J | A | |
| 46. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | A | Dividend | | | Buy (add'l) | 01/18/17 | J | | |
| 47. | | | | | Sold (part) | 04/20/17 | J | A | |
| 48. | | | | | Sold (part) | 06/20/17 | J | A | |
| 49. | | | | | Sold | 08/03/17 | J | A | |
| 50. - KOPERNIK GLOBAL ALL CAP FUND INSTL CLASS | A | Dividend | | | Sold (part) | 04/20/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. | | | | | Sold (part) | 08/03/17 | J | A | |
| 52. | | | | | Sold | 08/31/17 | J | A | |
| 53. - MATTHEWS ASIA DIVIDEND FUND INV CLASS | A | Dividend | J | T | Sold (part) | 08/03/17 | J | A | |
| 54. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | A | Dividend | J | T | | | | | |
| 55. - FIRST EAGLE GLOBAL CLASS I | A | Dividend | J | T | Buy (add'l) | 06/20/17 | J | | |
| 56. - THORNBURG INVSMT INCOME BUILDER FUND CL I | A | Dividend | J | T | | | | | |
| 57. - VANGUARD GROWTH ETF | A | Dividend | J | T | Sold (part) | 08/03/17 | J | A | |
| 58. -DB X-TRACKERS MSCI EAFE HEDGED EQUITY FUND | A | Dividend | J | T | Sold (part) | 06/20/17 | J | A | |
| 59. | | | | | Sold (part) | 08/03/17 | J | A | |
| 60. -GOTHAM ABS RTN FD INSTL | | None | J | T | | | | | |
| 61. -POPLAR FORREST PARTNERS FUND CL I | A | Dividend | J | T | Sold (part) | 01/18/17 | J | A | |
| 62. | | | | | Sold (part) | 04/20/17 | J | A | |
| 63. | | | | | Sold (part) | 08/03/17 | J | A | |
| 64. -PIMCO INCOME FUND CL P | A | Dividend | J | T | Buy (add'l) | 01/18/17 | J | | |
| 65. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 66. -VANGUARD VALUE ETF | A | Dividend | J | T | Sold (part) | 06/20/17 | J | A | |
| 67. | | | | | Sold (part) | 08/03/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. -AQR MGD FUTURES STRAT 1 | | None | | | Buy (add'l) | 01/18/17 | J | | |
| 69. | | | | | Sold | 10/09/17 | J | | |
| 70. -BLCKSTONE ALT MULT STR 1 | A | Dividend | J | T | | | | | |
| 71. -JP MORGAN GLOBAL ALLOCATION FD SELECT CL | A | Dividend | J | T | Sold (part) | 06/20/17 | J | | |
| 72. -HENDERSON EUROPEAN FOCUS FUND CLASS 1 | | None | | | Sold | 04/20/17 | J | | |
| 73. -KINDER MORGAN INC | A | Dividend | | | Sold | 06/20/17 | J | | |
| 74. -AMEX TECHNLGY SELCT SPDR | A | Dividend | | | Sold (part) | 06/20/17 | J | A | |
| 75. | | | | | Sold | 08/03/17 | J | A | |
| 76. EV TABS 5 TO 15 YR LADDERED MUNI BOND FD I (X) | A | Dividend | J | T | Buy (add'l) | 06/21/17 | J | | |
| 77. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 78. FIDELITY ADVISOR REAL ESTATE INCOME FUND CL I (X) | A | Dividend | J | T | Buy (add'l) | 01/18/17 | J | | |
| 79. FIRST TRUST ETFIV FIRST FIRST TRUST TACTICAL HIGH YIELD ETF (X) | A | Dividend | J | T | Buy (add'l) | 01/18/17 | J | | |
| 80. | | | | | Sold (part) | 06/21/17 | J | | |
| 81. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 82. LOOMIS SAYLES SR FLOAT RAT & FIXD INC FD CL Y | A | Dividend | J | T | Buy (add'l) | 01/18/17 | J | | |
| 83. | | | | | Sold (part) | 06/21/17 | J | | |
| 84. | | | | | Buy (add'l) | 08/03/17 | J | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. MAINSTAY HIGH YIELD MUNICIPAL BOND FUND CL I | A | Dividend | J | T | Buy (add'l) | 01/18/17 | J | | |
| 86. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 87. LOOMIS SAYLES STRATEGIC INC FD CL Y | A | Dividend | | | Sold | 01/31/17 | J | A | |
| 88. VANECK VECTORS OIL | | None | | | Sold | 04/20/17 | J | | |
| 89. T ROWE PRICE SUMMIT MUNI INTERMEDIATE FD CL NON | A | Dividend | J | T | Buy (add'l) | 08/03/17 | J | | |
| 90. AQR STYLE PREMIA ALTERNATIVE FUND CL | A | Dividend | J | T | Buy (add'l) | 01/18/17 | J | | |
| 91. MARATHON OIL CORP (X) | | None | | | Sold | 06/28/17 | J | | |
| 92. DEVON ENERGY CORP (X) | A | Dividend | | | Sold | 06/28/17 | J | | |
| 93. CVS HEALTH CORP (X) | A | Dividend | | | Sold | 08/25/17 | J | A | |
| 94. MONDELEZ INTERNATIONAL INC (X) | A | Dividend | | | Sold | 08/25/17 | J | A | |
| 95. WALT DISNEY CO (X) | A | Dividend | J | T | Sold (part) | 09/19/17 | J | | |
| 96. CITIZENS FINANCIAL GROUP INC(X) | A | Dividend | | | Sold | 10/05/17 | J | A | |
| 97. APPLE INC (X) | A | Dividend | J | T | | | | | |
| 98. AUTOMATIC DATA PROC (X) | A | Dividend | J | T | | | | | |
| 99. MEDTRONIC PLC (X) | A | Dividend | J | T | Buy (add'l) | 01/18/17 | J | | |
| 100. | | | | | Sold (part) | 10/16/17 | J | A | |
| 101. MICROSOFT CORP (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102.  NEXTERA ENERGY CORP (X) | A | Dividend | J | T | | | | | |
| 103.  AMERICAN WATER WORKS COM (X) | A | Dividend | J | T | | | | | |
| 104.  BLACKROCK INC (X) | A | Dividend | J | T | | | | | |
| 105.  CITIGROUP INC COM NEW (X) | A | Dividend | J | T | | | | | |
| 106.  CHUBB LIMITED (FORMER ACE LIMITED) (X) | A | Dividend | J | T | | | | | |
| 107.  COMCAST CORP NEW CL A (X) | A | Dividend | J | T | | | | | |
| 108.  COSTCO WHOLESALE CRP DEL (X) | A | Dividend | J | T | | | | | |
| 109.  DANAHER CORP (FORMERLY FORTIVE CORP) (X) | A | Dividend | J | T | | | | | |
| 110.  ECOLAB INC (X) | A | Dividend | J | T | | | | | |
| 111.  FEDEX CORP DELAWARE COM (X) | A | Dividend | J | T | | | | | |
| 112.  HOME DEPOT INC (X) | A | Dividend | J | T | | | | | |
| 113.  HONEYWELL INTL INC DEL (X) | A | Dividend | J | T | | | | | |
| 114.  LOCKHEED MARTIN CORP (X) | A | Dividend | J | T | | | | | |
| 115.  THERMO FISHER SCIENTIFIC INC (X) | A | Dividend | J | T | | | | | |
| 116.  TOTAL S.A. SP ADR (X) | A | Dividend | J | T | | | | | |
| 117.  TEXAS INSTRUMENTS (X) | A | Dividend | J | T | | | | | |
| 118.  UNION PACIFIC CORP (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. VISA INC CL A SHRS (X) | A | Dividend | J | T | | | | | |
| 120. AMERICAN TOWER REIT INC (X) | A | Dividend | J | T | Buy (add'l) | 01/18/17 | J | | |
| 121. | | | | | Sold (part) | 09/19/17 | J | A | |
| 122. VERIZON COMMUNICATNS COM (X) | A | Dividend | | | Buy (add'l) | 04/20/17 | J | | |
| 123. | | | | | Sold | 11/09/17 | J | | |
| 124. ANTHEM INC | A | Dividend | J | T | Buy | 10/16/17 | J | | |
| 125. ASG MANAGED FUTURES STRATEGY Y | A | Dividend | J | T | Buy | 10/09/17 | J | | |
| 126. BROADCOM INC | A | Dividend | J | T | Buy | 10/05/17 | J | | |
| 127. CHIRON CAPITAL ALLOCATION FUND | A | Dividend | J | T | Buy | 01/31/17 | J | | |
| 128. | | | | | Buy (add'l) | 06/20/17 | J | | |
| 129. DOWDUPONT INC | A | Dividend | J | T | Buy | 09/19/17 | J | | |
| 130. | | | | | Buy (add'l) | 11/09/17 | J | | |
| 131. HUMANA INC | A | Dividend | J | T | Buy | 06/28/17 | J | | |
| 132. ISHARES EDGE MSCI MULTIFACTOR USA ETF | A | Dividend | J | T | Buy | 04/20/17 | J | | |
| 133. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 134. JP MORGAN ETF TRUST SHS | A | Dividend | J | T | Buy | 04/20/17 | J | | |
| 135. | | | | | Buy (add'l) | 08/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136. KOPERNIK INTERNATIONAL FUND | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 137. PROLOGIS INC | A | Dividend | J | T | Buy | 06/28/17 | J | | |
| 138. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 139. SUNTRUST BANKS INC | A | Dividend | J | T | Buy | 10/05/17 | J | | |
| 140. | | | | | Buy (add'l) | 11/09/17 | J | | |
| 141. SYSCO CORP | A | Dividend | J | T | Buy | 08/25/17 | J | | |
| 142. WALMART INC | A | Dividend | J | T | Buy | 08/25/17 | J | | |
| 143. Individual Retirement Account (H) | | | | | | | | | |
| 144. - DB X-TRACKERS MSCI EAFE HEDGED EQUITY FUND | A | Dividend | J | T | Sold (part) | 06/20/17 | J | A | |
| 145. | | | | | Sold (part) | 08/03/17 | J | A | |
| 146. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | A | Dividend | | | Sold (part) | 01/18/17 | J | A | |
| 147. | | | | | Sold (part) | 04/20/17 | J | A | |
| 148. | | | | | Sold (part) | 06/20/17 | J | A | |
| 149. | | | | | Sold (part) | 08/03/17 | J | A | |
| 150. | | | | | Sold (part) | 12/07/17 | J | A | |
| 151. - POPLAR FOREST PARTNERS FUND CL I | A | Dividend | J | T | Sold (part) | 01/18/17 | J | A | |
| 152. | | | | | Sold (part) | 04/20/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 153. | | | | | Sold (part) | 08/03/17 | J | A | |
| 154. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 155. - KOPERNIK GLOBAL ALL CAP FUND INSTL CLASS | | None | | | Sold (part) | 04/20/17 | J | A | |
| 156. | | | | | Sold (part) | 08/03/17 | J | A | |
| 157. | | | | | Sold | 08/31/17 | J | A | |
| 158. - MAINSTAY MARKETFIELD FUND CL I (Y) | | | | | | | | | |
| 159. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | A | Dividend | J | T | | | | | |
| 160. - FIRST EAGLE GLOBAL CLASS I | A | Dividend | J | T | Buy (add'l) | 06/20/17 | J | | |
| 161. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 162. - VANGUARD VALUE ETF | A | Dividend | J | T | Sold (part) | 06/20/17 | J | A | |
| 163. | | | | | Sold (part) | 08/03/17 | J | A | |
| 164. - VANGUARD GROWTH ETF | A | Dividend | J | T | Sold (part) | 08/03/17 | J | A | |
| 165. | | | | | Sold (part) | 09/15/17 | J | A | |
| 166. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 167. -DOUBLELINE TOT RTRN BD | A | Dividend | J | T | Buy (add'l) | 01/18/17 | J | | |
| 168. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 169. | | | | | Buy (add'l) | 09/15/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 170. -GOTHAM ABSOLUTE RETURN FUND INSTL CLASS | | None | J | T | Sold (part) | 09/15/17 | J | A | |
| 171. -HENDERSON EUROPEAN FOCUS FUND CLASS 1 | | None | | | Sold | 04/20/17 | J | | |
| 172. -MATTHEWS ASIA DIVIDEND FUND | A | Dividend | J | T | Sold (part) | 08/03/17 | J | A | |
| 173. -PIMCO FDS INCOME | A | Dividend | J | T | Buy (add'l) | 08/03/17 | J | | |
| 174. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 175. -AMEX TECHNOLOGY SELCT SPDR | A | Dividend | J | T | Sold (part) | 06/20/17 | J | A | |
| 176. | | | | | Sold (part) | 08/03/17 | J | A | |
| 177. -AQR MGD FUTURES STRAT 1 | | None | J | T | Buy (add'l) | 01/18/17 | J | | |
| 178. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 179. -BLKSTONE ALT MLT STR 1 | A | Dividend | J | T | Sold (part) | 09/15/17 | J | A | |
| 180. -JP MORGAN GLOBAL ALLOCATION FD | A | Dividend | J | T | Sold (part) | 09/15/17 | J | A | |
| 181. FIDELITY ADVISOR BIOTECHNOLOGY FD CL | | None | J | T | Sold (part) | 08/03/17 | J | A | |
| 182. | | | | | Sold (part) | 09/15/17 | J | A | |
| 183. | | | | | Buy (add'l) | 12/07/17 | J | | |
| 184. FIDLEITY ADVISOR REAL ESTATE INCOME FUND CL | A | Dividend | J | T | Buy (add'l) | 01/18/17 | J | | |
| 185. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 186. KINDER MORGAN INC | A | Dividend | | | Sold | 06/20/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 187. LOOMIS SAYLES STRATEGIC INCOME FD CL Y | A | Dividend | | | Sold | 01/31/17 | J | A | |
| 188. AQR STYLER PREMIA ALTERNATIVE FUND CL I | A | Dividend | J | T | Buy (add'l) | 01/18/17 | J | | |
| 189. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 190. THORNBURG INVESTMENT INCOME BUILDER FUND CL I | A | Dividend | J | T | Buy (add'l) | 09/15/17 | J | | |
| 191. VERIZON COMMUNICATNS COM (X) | A | Dividend | | | Sold | 11/09/17 | J | | |
| 192. CVS HEALTH CORP (X) | A | Dividend | | | Sold | 08/25/17 | J | A | |
| 193. DEVON ENERGY CORP (X) | A | Dividend | | | Sold | 06/28/17 | J | | |
| 194. JANUS FLEXIBLE BOND FUND CL I (X) | A | Dividend | | | Sold | 01/18/17 | J | | |
| 195. MONDELEZ INTERNATIONAL INC (X) | A | Dividend | | | Sold | 08/25/17 | J | A | |
| 196. MEDTRONIC PLC (X) | A | Dividend | J | T | Sold (part) | 10/16/17 | J | A | |
| 197. MARATHON OIL CORP (X) | A | Dividend | | | Sold | 06/28/17 | J | | |
| 198. VANECK VECTORS OIL (X) | | None | | | Sold | 04/20/17 | J | | |
| 199. APPLE INC (X) | A | Dividend | J | T | | | | | |
| 200. AUTOMATIC DATA PROC (X) | A | Dividend | J | T | | | | | |
| 201. AMERICAN TOWER REIT INC (X) | A | Dividend | J | T | Buy (add'l) | 01/18/17 | J | | |
| 202. | | | | | Sold (part) | 09/15/17 | J | A | |
| 203. AMERICAN WATER WORKS COM (X) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 16 of 37

Name of Person Reporting

Lewis, Mary G.

Date of Report

10/17/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 204. CITIGROUP INC COM NEW (X) | A | Dividend | J | T | | | | | |
| 205. CHUBB LIMITED (FORMER ACE LIMITED) (X) | A | Dividend | J | T | | | | | |
| 206. COMCAST CORP NEW CL A (X) | A | Dividend | J | T | | | | | |
| 207. COSTCO WHOLESALE CRP DEL (X) | A | Dividend | J | T | | | | | |
| 208. DANAHER CORP (FORMERLY FORTIVE CORP) (X) | A | Dividend | J | T | | | | | |
| 209. WALT DISNEY CO (X) | A | Dividend | J | T | Sold (part) | 09/15/17 | J | A | |
| 210. ECOLAB INC (X) | A | Dividend | J | T | | | | | |
| 211. FEDEX CORP DELAWARE COM (X) | A | Dividend | J | T | | | | | |
| 212. HOME DEPOT INC (X) | A | Dividend | J | T | | | | | |
| 213. HONEYWELL INTL INC DEL (X) | A | Dividend | J | T | | | | | |
| 214. LOCKHEED MARTIN CORP (X) | A | Dividend | J | T | | | | | |
| 215. MICROSOFT CORP (X) | A | Dividend | J | T | | | | | |
| 216. NEXTERA ENERGY CORP (X) | A | Dividend | J | T | | | | | |
| 217. THERMO FISHER SCIENTIFIC INC (X) | A | Dividend | J | T | | | | | |
| 218. TOTAL S.A. SP ADR (X) | A | Dividend | J | T | | | | | |
| 219. UNION PACIFIC CORP (X) | A | Dividend | J | T | | | | | |
| 220. VISA INC CL A SHRS (X) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 221. CITIZENS FINANCIAL GROUP INC (X) | A | Dividend | | | Buy (add'l) | 09/15/17 | J | | |
| 222. | | | | | Sold | 10/05/17 | J | A | |
| 223. ANTHEM INC | A | Dividend | J | T | Buy | 10/16/17 | J | | |
| 224. BLKRK STR INC OP PTF INST | A | Dividend | J | T | Buy | 06/22/17 | J | | |
| 225. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 226. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 227. CHIRON CAPITAL ALLOCATION FUND | A | Dividend | J | T | Buy | 01/31/17 | J | | |
| 228. | | | | | Buy (add'l) | 06/20/17 | J | | |
| 229. | | | | | Sold (part) | 09/15/17 | J | A | |
| 230. DOWDUPONT INC | A | Dividend | J | T | Buy | 09/15/17 | J | | |
| 231. | | | | | Buy (add'l) | 11/09/17 | J | | |
| 232. FIRST TRUST ETFIV TACTICAL HIGH YIELD ETF | A | Dividend | J | T | Buy | 01/18/17 | J | | |
| 233. | | | | | Sold (part) | 06/22/17 | J | | |
| 234. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 235. HUMANA INC | A | Dividend | J | T | Buy | 06/28/17 | J | | |
| 236. ISHARES EDGE MSCI MULTIFACTOR USA ETF | A | Dividend | J | T | Buy | 04/20/17 | J | | |
| 237. | | | | | Buy (add'l) | 08/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 238.  JP MORGAN ETF TRUST SHS | A | Dividend | J | T | Buy | 04/20/17 | J | | |
| 239. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 240.  KOPERNIK INTERNATIONAL FUND | A | Dividend | J | T | Buy | 08/31/17 | J | | |
| 241.  LOOMIS SAYLES SR FLOAT RTE & FIXD INC FD CL Y | A | Dividend | J | T | Buy | 01/18/17 | J | | |
| 242. | | | | | Sold (part) | 06/22/17 | J | | |
| 243. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 244. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 245.  PIMCO SHORT TERM MUTUAL FUND CL P | A | Dividend | J | T | Buy | 01/18/17 | J | | |
| 246. | | | | | Buy (add'l) | 08/03/17 | J | | |
| 247. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 248.  PROLOGIS INC | A | Dividend | J | T | Buy | 06/28/17 | J | | |
| 249. | | | | | Buy (add'l) | 09/15/17 | J | | |
| 250.  SUNTRUST BANKS INC | A | Dividend | J | T | Buy | 10/05/17 | J | | |
| 251. | | | | | Buy (add'l) | 11/09/17 | J | | |
| 252.  SYSCO CORP | A | Dividend | J | T | Buy | 08/25/17 | J | | |
| 253.  TEXAS INSTRUMENTS | A | Dividend | J | T | Buy | 09/15/17 | J | | |
| 254. | | | | | Buy (add'l) | 11/09/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. WALMART INC | | None | J | T | Buy | 08/25/17 | J | | |
| 256. Individual Retirement Account (H) 83258 | | | | | | | | | |
| 257. CHUBB LIMITED (FORMERLY ACE LIMITED) | A | Dividend | J | T | | | | | |
| 258. - AUTOMATIC DATA PROC | A | Dividend | J | T | Sold (part) | 01/23/17 | J | A | |
| 259. - AMERICAN WTR WKS CO INC NEW | A | Dividend | J | T | Sold (part) | 09/19/17 | J | A | |
| 260. - CITIGROUP INC COM NEW | A | Dividend | J | T | Sold (part) | 09/19/17 | J | A | |
| 261. - COMCAST CORP NEW CL A | A | Dividend | J | T | Sold (part) | 09/19/17 | J | A | |
| 262. - COSTCO WHOLESALE CRP DEL | A | Dividend | J | T | | | | | |
| 263. - CVS CAREMARK CORP | A | Dividend | | | Sold | 08/30/17 | J | | |
| 264. - DB X-TRACKERS MSCI EAFE HEDGED EQUITY FUND | A | Dividend | K | T | Sold (part) | 06/23/17 | J | B | |
| 265. | | | | | Sold (part) | 08/08/17 | J | A | |
| 266. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 267. - DOUBLELINE TOTAL RETURN BOND FUND CL I | A | Dividend | K | T | Buy (add'l) | 01/19/17 | J | | |
| 268. | | | | | Buy (add'l) | 08/04/17 | J | | |
| 269. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 270. - FIDELITY ADVISOR BIOTECHNOLOGY FD CL I | | None | K | T | Sold (part) | 08/04/17 | J | B | |
| 271. | | | | | Sold (part) | 09/18/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. | | | | | Buy (add'l) | 12/07/17 | J | | |
| 273. - FEDEXCORP DELAWARE COM | A | Dividend | J | T | Sold (part) | 09/19/17 | J | A | |
| 274. - GOTHAM ABSOLUTE RETURN FUND INSTL CLASS | | None | J | T | Sold (part) | 09/18/17 | J | A | |
| 275. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | A | Dividend | | | Buy (add'l) | 01/19/17 | J | | |
| 276. | | | | | Sold (part) | 04/21/17 | J | B | |
| 277. | | | | | Sold (part) | 06/21/17 | J | B | |
| 278. | | | | | Sold (part) | 08/04/17 | J | A | |
| 279. | | | | | Sold | 12/07/17 | K | C | |
| 280. - HOME DEPOT INC | A | Dividend | J | T | Sold (part) | 09/19/17 | J | A | |
| 281. - HONEYWELL INTL INC DEL | A | Dividend | J | T | Sold (part) | 09/19/17 | J | A | |
| 282. - FIA CARD SVS NA RASP | A | Interest | K | T | | | | | |
| 283. - POPLAR FOREST PARTNERS FUND CL I | A | Dividend | K | T | Sold (part) | 01/19/17 | J | A | |
| 284. | | | | | Sold (part) | 04/21/17 | J | A | |
| 285. | | | | | Sold (part) | 08/04/17 | J | A | |
| 286. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 287. - KOPERNIK GLOBAL ALL CAP FUND INSTL CLASS | | None | | | Sold (part) | 04/21/17 | J | A | |
| 288. | | | | | Sold (part) | 08/04/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. | | | | | Sold | 09/01/17 | J | B | |
| 290. - LOOMIS SAYLES SR FLOAT RTE & FIXD INC FD CL Y | A | Dividend | J | T | Buy (add'l) | 01/19/17 | J | | |
| 291. | | | | | Sold (part) | 06/23/17 | J | | |
| 292. | | | | | Buy (add'l) | 08/04/17 | J | | |
| 293. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 294. - MATTHEWS ASIA DIVIDEND FUND INV CLASS | A | Dividend | J | T | Sold (part) | 08/04/17 | J | A | |
| 295. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 296. - PIMCO INCOME FUND CL P | B | Dividend | K | T | Buy (add'l) | 01/19/17 | J | | |
| 297. | | | | | Buy (add'l) | 08/04/17 | J | | |
| 298. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 299. - T ROWE PRICE CAPITAL APPRECIATION FD RETAIL | A | Dividend | J | T | | | | | |
| 300. - FIRST EAGLE GLOBAL CLASS I | B | Dividend | K | T | Buy (add'l) | 06/21/17 | K | | |
| 301. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 302. - THORNBURG INVSMT INCOME BUILDER FUND CL I | A | Dividend | J | T | Buy (add'l) | 09/18/17 | J | | |
| 303. - THERMO FISHER SCIENTIFIC INC | A | Dividend | J | T | Sold (part) | 09/19/17 | J | A | |
| 304. - VISA INC CL A SHRS | A | Dividend | J | T | Sold (part) | 09/19/17 | J | A | |
| 305. - VANGUARD VALUE ETF | B | Dividend | K | T | Sold (part) | 06/23/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. | | | | | Sold (part) | 08/08/17 | J | B | |
| 307. - VANGUARD GROWTH ETF | A | Dividend | K | T | Sold (part) | 08/08/17 | J | A | |
| 308. | | | | | Sold (part) | 09/19/17 | J | A | |
| 309. | | | | | Buy (add'l) | 12/08/17 | J | | |
| 310. - VERIZON COMMUNICATNS COM | A | Dividend | | | Buy (add'l) | 04/25/17 | J | | |
| 311. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 312. | | | | | Sold | 11/13/17 | J | | |
| 313. -AMERICAN TOWER REIT INC | A | Dividend | J | T | Buy (add'l) | 01/23/17 | J | | |
| 314. | | | | | Sold (part) | 04/25/17 | J | | |
| 315. | | | | | Sold (part) | 09/19/17 | J | A | |
| 316. -DISNEY (WALT) CO | A | Dividend | J | T | Sold (part) | 09/19/17 | J | A | |
| 317. -HENDERSON EUROPEAN FOCUS FUND | | None | | | Sold | 04/21/17 | J | | |
| 318. -FIRST TRUST HY ETF | A | Dividend | J | T | Buy (add'l) | 01/23/17 | J | | |
| 319. | | | | | Sold (part) | 06/27/17 | J | | |
| 320. | | | | | Buy (add'l) | 08/08/17 | J | | |
| 321. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 322. -MONDELEZ INTL INC | A | Dividend | | | Sold | 08/30/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Lewis, Mary G. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 323. -MARKET VECTORS OIL SERVICE ETF | | None | | | Sold | 04/25/17 | J | | |
| 324. -AMEX TECHNOLOGY SELECT SPDR | A | Dividend | K | T | Sold (part) | 06/23/17 | J | B | |
| 325. | | | | | Sold (part) | 08/08/17 | J | A | |
| 326. | | | | | Sold (part) | 09/19/17 | J | A | |
| 327. -AQR MGD FUTURES STRAT 1 | | None | J | T | Buy (add'l) | 01/19/17 | J | | |
| 328. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 329. -BLACKROCK INC | A | Dividend | J | T | | | | | |
| 330. -BLACKSTONE ALT MULTI STRATEGY FUND CLASS 1 | A | Dividend | J | T | Buy (add'l) | 09/18/17 | J | | |
| 331. -CITIZENS FINAL GROUP INC | A | Dividend | | | Buy (add'l) | 09/19/17 | J | | |
| 332. | | | | | Sold | 10/10/17 | J | B | |
| 333. -DEVON ENERGY CORP | A | Dividend | | | Sold | 07/03/17 | J | | |
| 334. -ECOLAB INC | A | Dividend | J | T | | | | | |
| 335. -JP MORGAN GLOBAL ALLOCATION FD | A | Dividend | J | T | Buy (add'l) | 09/18/17 | J | | |
| 336. -KINDER MORGAN INC | A | Dividend | | | Sold | 06/23/17 | J | | |
| 337. -LOCKHEED MARTIN COPR | A | Dividend | J | T | Sold (part) | 09/19/17 | J | A | |
| 338. -MEDTRONIC PLC | A | Dividend | J | T | Buy (add'l) | 01/23/17 | J | | |
| 339. | | | | | Sold (part) | 10/18/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 340. JANUS FLEXIBLE BOND FD CL I (X) | A | Dividend | | | Sold | 01/19/17 | J | | |
| 341. UNION PACIFIC CORP (X) | A | Dividend | J | T | Sold (part) | 09/19/17 | J | A | |
| 342. AQR STYLE PREMIA ALTERNATIVE FUND CL I (X) | B | Dividend | K | T | Buy (add'l) | 01/19/17 | J | | |
| 343. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 344. LOOMIS SAYLES STRATEGIC INC FC CL Y (X) | A | Dividend | | | Sold | 02/01/17 | J | A | |
| 345. FIDELITY ADVISOR REAL ESTATE INCOME FUND CL I (X) | A | Dividend | J | T | Buy (add'l) | 01/19/17 | J | | |
| 346. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 347. NEXTERA ENERGY CORP (X) | A | Dividend | J | T | Sold (part) | 09/19/17 | J | A | |
| 348. MARATHON OIL CORP (X) | A | Dividend | | | Sold | 07/03/17 | J | | |
| 349. MICROSOFT CORP (X) | A | Dividend | J | T | Sold (part) | 09/19/17 | J | A | |
| 350. TEXAS INSTRUMENTS | A | Dividend | J | T | Sold (part) | 09/19/17 | J | A | |
| 351. | | | | | Buy (add'l) | 11/13/17 | J | | |
| 352. AAPL INC (X) | A | Dividend | J | T | Sold (part) | 04/25/17 | J | A | |
| 353. | | | | | Sold (part) | 09/19/17 | J | A | |
| 354. TOTAL S.A. SP ADR (X) | A | Dividend | J | T | | | | | |
| 355. DANAHER CORP (FORMERLY FORTIVE CORP) | A | Dividend | J | T | Buy (add'l) | 09/19/17 | J | | |
| 356. ANTHEM INC | A | Dividend | J | T | Buy | 10/18/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 357. BROADCOM INC | A | Dividend | J | T | Buy | 10/10/17 | J | | |
| 358. BLKRK STR INC OP PTF INST | A | Dividend | J | T | Buy | 06/23/17 | J | | |
| 359. | | | | | Buy (add'l) | 08/04/17 | J | | |
| 360. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 361. CHIRON CAPITAL ALLOCATION FUND | A | Dividend | K | T | Buy | 02/01/17 | J | | |
| 362. | | | | | Buy (add'l) | 06/21/17 | K | | |
| 363. | | | | | Sold (part) | 09/18/17 | J | A | |
| 364. DOWDUPONT INC | A | Dividend | J | T | Buy | 09/19/17 | J | | |
| 365. | | | | | Buy (add'l) | 11/13/17 | J | | |
| 366. HUMANA INC | A | Dividend | J | T | Buy | 07/03/17 | J | | |
| 367. JP MORGAN ETF TRUST SHS | A | Dividend | K | T | Buy | 04/25/17 | K | | |
| 368. | | | | | Buy (add'l) | 08/08/17 | J | | |
| 369. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 370. KOPERNIK INTERNATIONAL FUND | A | Dividend | J | T | Buy | 09/01/17 | J | | |
| 371. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 372. ISHARES EDGE MSCI MULTIFACTOR USA ETF | A | Dividend | K | T | Buy | 04/25/17 | K | | |
| 373. | | | | | Buy (add'l) | 08/08/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 374. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 375. PROLOGIS INC | A | Dividend | J | T | Buy | 07/03/17 | J | | |
| 376. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 377. PIMCO SHORT TERM MUTUAL FUND CL P | A | Dividend | J | T | Buy | 08/04/17 | J | | |
| 378. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 379. SUNTRUST BANKS INC | A | Dividend | J | T | Buy | 10/10/17 | J | | |
| 380. | | | | | Buy (add'l) | 11/13/17 | J | | |
| 381. SYSCO CORP | A | Dividend | J | T | Buy | 08/30/17 | J | | |
| 382. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 383. WALMART INC | | None | J | T | Buy | 08/30/17 | J | | |
| 384. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 385. TRUST #1 (H) 21651 | | | | | | | | | |
| 386. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 387. - AUTOMATIC DATA PROC | A | Dividend | K | T | Sold (part) | 10/19/17 | J | A | |
| 388. | | | | | Sold (part) | 10/20/17 | J | B | |
| 389. | | | | | Sold (part) | 10/23/17 | J | A | |
| 390. - AMERICAN WTR WKS CO INC NEW | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 391. - CITIGROUP INC COM NEW | A | Dividend | K | T | Buy (add'l) | 06/26/17 | J | | |
| 392. | | | | | Sold (part) | 10/19/17 | J | A | |
| 393. - COMCAST CORP NEW CL A | A | Dividend | K | T | Buy (add'l) | 06/26/17 | J | | |
| 394. - COSTCO WHOLESALE CRP DEL | A | Dividend | K | T | Buy (add'l) | 06/26/17 | J | | |
| 395. - CVS CAREMARK CORP | A | Dividend | | | Buy (add'l) | 06/26/17 | J | | |
| 396. | | | | | Sold (part) | 08/29/17 | J | B | |
| 397. | | | | | Sold | 08/30/17 | J | B | |
| 398. - FEDEX CORP DELAWARE COM | A | Dividend | K | T | Buy (add'l) | 06/26/17 | J | | |
| 399. - HOME DEPOT INC | A | Dividend | K | T | Buy (add'l) | 06/26/17 | J | | |
| 400. - HONEYWELL INTL INC DEL | A | Dividend | K | T | Buy (add'l) | 06/26/17 | J | | |
| 401. | | | | | Sold (part) | 10/19/17 | J | A | |
| 402. - THERMO FISHER SCIENTIFIC INC | A | Dividend | K | T | Buy (add'l) | 06/26/17 | J | | |
| 403. | | | | | Sold (part) | 10/19/17 | J | A | |
| 404. - VISA INC CL A SHRS | A | Dividend | K | T | Buy (add'l) | 06/26/17 | J | | |
| 405. -AMERICAN TOWER REIT INC | A | Dividend | K | T | Buy (add'l) | 06/26/17 | J | | |
| 406. | | | | | Sold (part) | 09/18/17 | J | A | |
| 407. | | | | | Sold (part) | 09/18/17 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 408. -DISNEY (WALT) CO | A | Dividend | J | T | Buy (add'l) | 06/26/17 | J | | |
| 409. | | | | | Sold (part) | 09/18/17 | J | | |
| 410. | | | | | Sold (part) | 09/19/17 | J | A | |
| 411. -MONDELEZ INTERNATIONAL INC | A | Dividend | | | Sold (part) | 08/29/17 | J | A | |
| 412. | | | | | Sold (part) | 08/30/17 | J | B | |
| 413. | | | | | Sold | 08/31/17 | J | A | |
| 414. -VERIZON COMMUNICATIONS COM | A | Dividend | | | Buy (add'l) | 06/26/17 | J | | |
| 415. | | | | | Sold | 11/09/17 | K | | |
| 416. -BLACKROCK INC | A | Dividend | K | T | Buy (add'l) | 06/26/17 | J | | |
| 417. | | | | | Sold (part) | 07/21/17 | J | A | |
| 418. -CITIZENS FINL GROUP INC SHS | A | Dividend | | | Buy (add'l) | 06/26/17 | J | | |
| 419. | | | | | Sold (part) | 10/04/17 | J | B | |
| 420. | | | | | Sold (part) | 10/05/17 | J | B | |
| 421. | | | | | Sold | 10/06/17 | J | B | |
| 422. -DANAHER COPR DEL COM | | None | K | T | | | | | |
| 423. -DEVON ENERGY CORP | A | Dividend | | | Sold (part) | 06/26/17 | J | | |
| 424. | | | | | Sold | 07/03/17 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 425. -ECOLAB INC | A | Dividend | J | T | | | | | |
| 426. -LOCKHEED MARTIN CORP | A | Dividend | K | T | Buy (add'l) | 06/26/17 | J | | |
| 427. | | | | | Sold (part) | 10/16/17 | J | A | |
| 428. -MEDTRONIC PLC | A | Dividend | J | T | Buy (add'l) | 01/23/17 | J | | |
| 429. | | | | | Sold (part) | 07/21/17 | J | | |
| 430. | | | | | Sold (part) | 10/16/17 | J | A | |
| 431. -MICROSOFT CORP | A | Dividend | K | T | Sold (part) | 07/21/17 | J | | |
| 432. APPLE INC (X) | A | Dividend | K | T | Sold (part) | 04/21/17 | J | A | |
| 433. | | | | | Sold (part) | 05/18/17 | J | A | |
| 434. MARATHON OIL CORP (X) | A | Dividend | | | Sold (part) | 06/26/17 | J | | |
| 435. | | | | | Sold | 07/03/17 | J | | |
| 436. NEXTERA ENERGY CORP (X) | A | Dividend | K | T | | | | | |
| 437. TOTAL S.A. SP ADR VSP (X) | A | Dividend | K | T | Buy (add'l) | 06/26/17 | J | | |
| 438. TEXAS INSTRUMENTS (X) | A | Dividend | K | T | Buy (add'l) | 06/26/17 | J | | |
| 439. | | | | | Buy (add'l) | 11/09/17 | J | | |
| 440. UNION PACIFIC | A | Dividend | K | T | Buy (add'l) | 06/26/17 | J | | |
| 441. CHUBB LIMITED (FORMERLY ACE LIMITED) | A | Dividend | K | T | Buy (add'l) | 06/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 30 of 37

Name of Person Reporting

Lewis, Mary G.

Date of Report

10/17/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 442.  INTL BUSINESS MACHINES CORP IBM (X) | | None | | | Sold | 06/26/17 | K | E | |
| 443.  COCA COLA COM (X) | | None | | | Sold | 06/26/17 | K | E | |
| 444.  ANTHEM INC | A | Dividend | K | T | Buy | 10/16/17 | J | | |
| 445. | | | | | Buy (add'l) | 10/17/17 | J | | |
| 446.  BROADCOM INC | A | Dividend | K | T | Buy | 10/06/17 | J | | |
| 447. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 448. | | | | | Buy (add'l) | 10/19/17 | J | | |
| 449.  DOWDUPONT INC | A | Dividend | K | T | Buy | 09/18/17 | J | | |
| 450. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 451. | | | | | Buy (add'l) | 11/09/17 | J | | |
| 452. | | | | | Buy (add'l) | 11/10/17 | J | | |
| 453.  HUMANA INC | A | Dividend | K | T | Buy | 06/26/17 | J | | |
| 454. | | | | | Buy (add'l) | 07/03/17 | J | | |
| 455. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 456. | | | | | Buy (add'l) | 07/06/17 | J | | |
| 457.  PROLOGIS INC | A | Dividend | K | T | Buy | 06/26/17 | J | | |
| 458. | | | | | Buy (add'l) | 07/03/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 31 of 37

**Name of Person Reporting**

Lewis, Mary G.

**Date of Report**

10/17/2018

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 459. | | | | | Buy (add'l) | 07/05/17 | J | | |
| 460. | | | | | Buy (add'l) | 07/06/17 | J | | |
| 461. | | | | | Buy (add'l) | 09/18/17 | J | | |
| 462. | | | | | Buy (add'l) | 09/19/17 | J | | |
| 463. SUNTRUST BANKS INC | A | Dividend | K | T | Buy | 10/06/17 | J | | |
| 464. | | | | | Buy (add'l) | 10/10/17 | J | | |
| 465. | | | | | Buy (add'l) | 10/11/17 | J | | |
| 466. | | | | | Buy (add'l) | 11/09/17 | J | | |
| 467. SYSCO CORP | A | Dividend | K | T | Buy | 08/29/17 | J | | |
| 468. | | | | | Buy (add'l) | 08/30/17 | J | | |
| 469. | | | | | Buy (add'l) | 08/31/17 | J | | |
| 470. | | | | | Buy (add'l) | 09/01/17 | J | | |
| 471. | | | | | Buy (add'l) | 09/05/17 | J | | |
| 472. | | | | | Buy (add'l) | 09/06/17 | J | | |
| 473. WALMART INC | | None | K | T | Buy | 08/29/17 | J | | |
| 474. | | | | | Buy (add'l) | 08/30/17 | J | | |
| 475. BROKERAGE ACCOUNTS 13920, 13578, 19020 (H) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 476. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 477. - ML BANK DEPOSIT PROGRAM | A | Interest | J | T | | | | | |
| 478. -ML BANK DEPOSIT PROGRAM | A | Interest | K | T | | | | | |
| 479. - DAVIS NY VENTURE FD CL A | | None | | | Sold | 07/06/17 | J | | |
| 480. - FIRST EAGLE GLOBAL CLASS C | A | Dividend | J | T | Sold (part) | 07/13/17 | J | A | |
| 481. | | | | | Sold (part) | 08/18/17 | J | A | |
| 482. | | | | | Sold (part) | 09/15/17 | J | A | |
| 483. | | | | | Sold (part) | 11/06/17 | J | A | |
| 484. - GOLDMAN SACHS RISING DIVIDEND GROWTH FD CL C | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 485. | | | | | Sold (part) | 03/27/17 | J | A | |
| 486. | | | | | Sold (part) | 05/19/17 | J | A | |
| 487. | | | | | Sold (part) | 08/18/17 | J | A | |
| 488. | | | | | Sold (part) | 09/15/17 | J | A | |
| 489. | | | | | Sold (part) | 11/06/17 | J | A | |
| 490. - THORNBURG INCOME BUILDER FUND CLASS C | | None | J | T | Sold (part) | 03/27/17 | J | A | |
| 491. | | | | | Sold (part) | 05/19/17 | J | A | |
| 492. | | | | | Sold (part) | 07/13/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 493. | | | | | Sold (part) | 08/18/17 | J | A | |
| 494. | | | | | Sold (part) | 09/15/17 | J | A | |
| 495. | | | | | Sold (part) | 11/06/17 | J | A | |
| 496. - BLACKROCK GLOBAL ALLOCATION FD INC C | B | Dividend | K | T | Sold (part) | 05/30/17 | J | | |
| 497. | | | | | Sold (part) | 10/27/17 | J | | |
| 498. -CD GOLDMAN SACHS BK | B | Interest | K | T | | | | | |
| 499. -ANGEL OAK MULTI STRATEGY INC FD | A | Dividend | | | Sold (part) | 02/01/17 | K | | |
| 500. | | | | | Sold | 05/30/17 | J | | |
| 501. -FIDELITY ADVISOR BIOTECH FD | | None | K | T | | | | | |
| 502. -GENERAL ELEC CAP CORP BOND | B | Interest | K | T | | | | | |
| 503. -GOLDMAN SACHS RISING DIVIDEND GROWTH FD INSTL | D | Dividend | L | T | | | | | |
| 504. -HENDERSON EUROPEAN FOCUS FD | B | Dividend | L | T | Sold (part) | 06/06/17 | J | | |
| 505. | | | | | Buy (add'l) | 06/06/17 | J | | |
| 506. -POPLAR FOREST PARTNERS FD | C | Dividend | L | T | Sold (part) | 02/01/17 | K | B | |
| 507. -LOOMIS SAYLES SR FLT RTE & FIXD INC FD | C | Dividend | L | T | | | | | |
| 508. -MATTHEWS ASIA DIVIDEND FUND | C | Dividend | L | T | | | | | |
| 509. -MARKET VECTORS OIL SVCS ETF | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lewis, Mary G. | 10/17/2018 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 510.  -PIMCO INCOME FD | C | Dividend | L | T | Buy (add'l) | 02/01/17 | K | | |
| 511. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 512.  -FIRST EAGLE GLOBAL | B | Dividend | K | T | | | | | |
| 513.  -THORNBURG INVSTMT INCOME BUILDER FD | A | Dividend | K | T | Buy (add'l) | 05/30/17 | J | | |
| 514.  -VANGUARD VALUE ETF | C | Dividend | M | T | | | | | |
| 515.  -VANGUARD GROWTH ETF | B | Dividend | M | T | | | | | |
| 516.  -WALMART CORP BOND | A | Interest | | | Redeemed | 04/05/17 | K | | |
| 517.  -AMEX TECHNOLOGY SELECT SPDR | A | Dividend | K | T | | | | | |
| 518.  -BLKRK STRINC OP PTF INST | A | Dividend | | | Sold (part) | 02/01/17 | K | | |
| 519. | | | | | Sold | 05/30/17 | J | | |
| 520.  -BLKSTONE ALT MLT STR 1 | B | Dividend | L | T | | | | | |
| 521.  -DEUTSCHE X-TRACKERS MSCI EAFE HEDGED EQUITY ETF | A | Dividend | K | T | Sold (part) | 10/09/17 | K | B | |
| 522.  -AQR STYLE PREMIA ALTERNATIVE FUND CL 1 | B | Dividend | K | T | | | | | |
| 523.  AQR MANAGED FUTURES STRATEGY FUND CL 1 (X) | | None | J | T | | | | | |
| 524.  LOOMIS SAYLES STRATEGIC INC FD CL Y (X) | A | Dividend | | | Sold (part) | 02/01/17 | K | | |
| 525. | | | | | Sold | 05/30/17 | J | A | |
| 526.  BLKRK GLOBAL ALLOCATION FUND CL A (X) | A | Dividend | K | T | Buy (add'l) | 05/30/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 37

Name of Person Reporting

Lewis, Mary G.

Date of Report

10/17/2018

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 527. | | | | | Buy (add'l) | 10/27/17 | J | | |
| 528. CHIRON CAPITAL ALLOCATION FUND | A | Dividend | K | T | Buy | 02/01/17 | K | | |
| 529. DOUBLELINE TOTAL RETURN BOND FUND CL I | B | Dividend | L | T | Buy | 02/01/17 | L | | |
| 530. | | | | | Buy (add'l) | 05/30/17 | J | | |
| 531. FIRST TRUST ETFIV FIRST TACTICAL HIGH YIELD ETF | B | Dividend | K | T | Buy | 02/01/17 | K | | |
| 532. JP MORGAN ETF TRUST SHS | A | Dividend | K | T | Buy | 10/09/17 | K | | |
| 533. Individual Retirement Account | | | | | | | | | |
| 534. NIKE INC CL B (Y) | | | | | | | | | |
| 535. Trust #1 | | | | | | | | | |
| 536. CISCO SYSTEMS INC (Y) | | | | | | | | | |
| 537. Brokerage Accounts 13920, 13578, 19020 | | | | | | | | | |
| 538. CD CAPITAL ONE BANK (Y) | | | | | | | | | |
| 539. Account 21360 | | | | | | | | | |
| 540. BLACKSTONE STRATEGY PART SECONDARIES VII TRUST (Y) | | | | | | | | | |
| 541. INVESTORS TITLE COMMON STOCK (Y) | | | | | | | | | |
| 542. WELLS FARGO BANK DEPOSIT SWEEP (Y) | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

In 2015, we reported only a partial sale of ALPS American (AMLP) in February of 2015, but failed to report the sale of 59 remaining shares of the security on September 4, 2015, which was valued at approximately $840.75.
Some account numbers were changed prior to 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Mary G. Lewis**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544